**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leavie Dallas KING, III, Defendant–Appellant.**

No. 09–16073
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 20, 2010.

Elsie Mae Miller, Frederick W. Tiemann, Carlos Alfredo Williams, Federal Defender Organization, Mobile, AL, for Plaintiff–Appellee.

Before EDMONDSON, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for appellant Leavie Dallas King, III, has moved to withdraw from further representation of King and filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). King appeals the district court's revocation of his supervised release and subsequent imposition of a ten month sentence. In her *Anders* brief, Miller raised four possible issues for appeal, although after an independent review of the record we agree with her conclusion that the appeal lacks merit. Miller's motion to withdraw is **GRANTED,** and the revocation of King's supervised release and his sentence are **AFFIRMED.**